UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:26-cv-01367-FWS-MBK | Date | June 24, 2026 |
|---|---|---|---|
| Title | Akop Yamalyan v. D. Marin et al. | | |

| Present: The Honorable | Michael B. Kaufman, United States Magistrate Judge |
|---|---|

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: N/A | Attorneys Present for Defendant: N/A |
|---|---|

**Proceedings:     ORDER TO SHOW CAUSE AND SETTING STATUS CONFERENCE**

In this habeas action, the District Court issued a temporary restraining order requiring Petitioner's release. Dkt. 11.

The Court **ORDERS** the parties to appear for a status conference on **July 8, 2026, at 10:00 a.m.**, to be held via Zoom. The parties may obtain the Zoom access information by visiting the Court's procedures page at: https://apps.cacd.uscourts.gov/Jps/honorable-michael-b-kaufman.

The parties are **ORDERED TO SHOW CAUSE** at the status conference why the preliminary relief entered by the District Court should not be converted to a final order and judgment granting the Petition for the same reasons and on the same terms provided in the orders granting preliminary relief.

The parties may discharge this show-cause order by filing a stipulation with a proposed order and judgment granting the Petition for the same reasons and on the same terms already provided in the District Court's orders on or before **July 6, 2026**. Consistent with the resolution of similar habeas matters in this District, the stipulation may provide that Respondents shall not be deemed to waive any arguments on appeal. If the parties file such a stipulation, the parties do not have to appear at the July 8, 2026, status conference. The Court also encourages the parties to consider filing a joint consent

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:26-cv-01367-FWS-MBK | Date | June 24, 2026 |
|---|---|---|---|
| Title | Akop Yamalyan v. D. Marin et al. | | |

to proceed before the Magistrate Judge, consistent with the procedures set forth in General Order 26-05 (effective April 1, 2026).

Alternatively, the Court would entertain any other proposals that would ensure the just, speedy, and inexpensive determination of this action.

**IT IS SO ORDERED**.